UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA MILLIGAN,

       Plaintiff,

                                               CASE NO. 1:11-CV-642

v.

                                               HON. ROBERT J. JONKER

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 18).  The Report and Recommendation was duly served on the parties on July 30, 2012.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

       **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 30, 2012 (docket # 18), is approved and adopted as the opinion of the Court.

       **IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**.


Dated:     September 25, 2012         /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                            UNITED STATES DISTRICT JUDGE